IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOODELL DEVRIES LEECH AND DANN, LLP<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202;<br><br>and<br><br>GREENBERG TRAURIG LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037;<br><br>and<br><br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068;<br><br>and<br><br>O'MELVENY & MYERS, LLP<br>1625 Eye St. N.W.<br>Washington, D.C. 20006;<br><br>and<br><br>ROSENBERG MARTIN GREENBERG LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, Maryland 21201;<br><br>and<br><br>WOMBLE CARLYLE SANDRIDGE AND RICE LLP<br>1200 Nineteenth Street, N.W.<br>Suite 500,<br><br>    Petitioners,<br><br>v.<br><br>iSTAR FINANCIAL, INC.<br>1114 Avenue of the Americas<br>New York, NY 10036,<br><br>    Respondent | Miscellaneous Action No. _____<br><br><br>(This action is currently pending in the United States District Court for the District of Maryland as Case No. 8:08-cv-01863-DKC) |

## JOINT MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Pursuant to Federal Rules of Civil Procedure 45(d)(3), petitioner law firms Goodell DeVries Leech and Dann, LLP; Greenberg Traurig LLP; Lowenstein Sandler LLP; O'Melveny & Myers, LLP; Rosenberg Martin Greenberg LLP; and Womble Carlyle Sandridge and Rice LLP (the "Firms"), respectfully move to quash each Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoenas") served to the Firms by respondent iStar Financial, Inc. ("iStar") seeking the Firms' billing records relating to representation of Lennar Corporation and/or U.S. Home, Inc. These Subpoenas arise out of an action pending in the United States District Court for the District of Maryland, *U.S. Home Corporation v. Settlers Crossing, L.L.C. et al.*, No. 8:2008-cv-01863-DKC.[1] The grounds for the Firms' motion are set forth in the accompanying memorandum of law.

Pursuant to Local Rule 7(c), attached is a Proposed Order granting the Joint Motion To Quash Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action. Pursuant to Local Rule 7(f), the Firms request an oral hearing on this motion. Pursuant to Local Rule 7(m), prior to filing this motion O'Melveny & Myers conferred in good faith with counsel for iStar in an attempt to narrow the areas of disagreement with respect to the Subpoenas served on the Firms.

---

[1] The Subpoenas issued from the U.S. District Court for the District of Maryland, where the underlying action is pending. Fed. R. Civ. P. 45(a)(2). The Firms move this Court to quash the Subpoenas because Washington, D.C. is the district where compliance is required. Fed. R. Civ. P. 45(d)(3)(A).

Dated: May 5, 2015					GOODELL, DEVRIES, LEECH & DANN, LLP

By: _____
K. Nichole Nesbitt (DC Bar No. 469793)
 knn@gdldlaw.com
M. Peggy Chu
 pchu@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 783-4000
Facsimile:  (410) 783-4040

Dated: May 5, 2015                                        GREENBERG TRAURIG, LLP

                                                          By: _____

                                                          Brent H. Allen (DC Bar No. 464934)
                                                            allenbr@gtlaw.com
                                                          2101 L Street, N.W.
                                                          Suite 1000
                                                          Washington, DC 20037
                                                          Telephone:  (202) 331-3100
                                                          Facsimile:     (202) 331-3101

Dated: May 6, 2015                                  LOWENSTEIN SANDLER LLP

                                                    By: /s/

                                                    Jeffrey Blumenfeld (DC Bar #181768)
                                                      jblumenfeld@lowenstein.com
                                                    2200 Pennsylvania Avenue, NW
                                                    Suite 500E
                                                    Washington, DC 20037
                                                    Telephone: (202) 753-3800
                                                    Facsimile: (202) 753-3838

                                                    David S. Sager
                                                      dsager@lowenstein.com
                                                    65 Livingston Avenue
                                                    Roseland, New Jersey 07068
                                                    Telephone: (973) 597-2500
                                                    Facsimile: (973) 597-2400

- 5 -

Dated: May 7, 2015

O'MELVENY & MYERS LLP

By: _____
Kevin D. Feder (D.C. Bar No. 986131)

Daniel M. Petrocelli
 dpetrocelli@omm.com
David Marroso
 dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Kevin D. Feder (D.C. Bar No. 986131)
 kfeder@omm.com
O'MELVENY & MYERS LLP
1625 Eye St. N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Dated: May 6, 2015            ROSENBERG MARTIN GREENBERG, LLP

By: _____

Louis J. Ebert (DC Bar No. 924241)
 lebert@rosenbergmartin.com
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone:  (410) 727-6600
Facsimile:   (410) 727-1115

Dated: May 5, 2015

WOMBLE CARLYLE SANDRIDGE & RICE LLC

By: _____

Louis J. Rouleau (DC Bar No. 471654)
 lrouleau@wcsr.com
Womble Carlyle Sandridge & Rice LLP
1200 Nineteenth Street, N.W.
Suite 500
Telephone: (202) 857-4558
Facsimile: (202) 261-0023